UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 3:12-00195 |
| | ) | JUDGE SHARP |
| RICARDO MONROY-REYES | ) | |

## O R D E R

A hearing on a plea of guilty in this matter is hereby scheduled for Monday, December 10, 2012 at 10:00 a.m.

It is so ORDERED.

*[signature: Kevin H. Sharp]*

KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE